```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
```

**ISIAH DIGGS**              *          **CIVIL ACTION**

**VERSUS**                   *          **NO: 05-3009**

**BURL CAIN, WARDEN**        *          **SECTION: "B"(6)**

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioner's application for *habeas corpus* relief pursuant to Title 28, United States Code, Section 2254, is hereby **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 21st day of March, 2007.

                              _____
                              UNITED STATES DISTRICT JUDGE