```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| **ISIAH DIGGS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-3009** |
| **BURL CAIN, WARDEN** | **SECTION: "B"(6)** |

## ORDER AND REASONS

Considering petitioner's late objections to the Magistrate Judge's Report and Recommendation,[1] there is nothing presented in same that would alter the Court's factual findings or legal conclusions.

1. Petitioner's one year grace period to file a timely federal habeas petition, after tolling for state court consideration of a "motion to quash conviction", expired prior to the instant July 7, 2005 filing. Following the state court conviction for first degree murder in 1992, affirmance of same after state court of appeals in 1995, and denial of a state court writ in 1998 relative to the motion to quash conviction/indictment, petitioner's federal habeas petition, to be considered timely filed, would have been due by July 1999.

2. Had the petition been timely filed, the attempt here to seek federal habeas relief to remedy alleged violations of state law fails.  28 U.S.C. §2254; *Engle v. Isaac*, 456

---

[1] The objections were due to be filed by March 12, 2007.  Instead, petitioner's signature date on his objections is March 13, 2007.  With the mailbox rule for inmate filings, the objections are one day late.  *Cf. Colarte v. LeBlanc*, 40 F. Supp. 2d 816 (EDLA 1999).

U.S. 107, 119 (1983); *Davis v. Jones*, 2006 WL 1540114 (EDLA 5/31/06).

New Orleans, Louisiana, this 27th day of April, 2007.

							_____
							UNITED STATES DISTRICT JUDGE